IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KASKASKIA RIVER/MARINA CAMPGROUNDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-CV-0166-MJR |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

**REAGAN, District Judge:**

On March 20, 2008, this Court dismissed various Defendants from this action leaving only the United States of America, John Doe in his individual capacity, and John Doe II in his official and individual capacities as remaining Defendants (Doc. 22). Therein, the Court ordered Kaskaskia Marina to identify and serve John Doe and John Doe II by April 21, 2008. The Court further explained that failure to do so would result in dismissal of those parties.

As Kaskaskia Marina did not file an amended complaint by the provided deadline, the Court entered an Order dismissing John Doe and John Doe II on April 25, 2008 (Doc. 23). Therein, the Court again ordered Kaskaskia Marina to file an amended complaint by May 2, 2008. To date, Kaskaskia Marina has not filed its amended complaint, nor has it moved for an extension of time in which to do so.

Consequently, this Court **DIRECTLY ORDERS** Kaskaskia Marina to file an amended complaint in this case **no later than May 16, 2008. Failure to comply with this Order will result in dismissal of this action.**

**IT IS SO ORDERED.**

**DATED this 5th day of May 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**